DAEVON J TAYLOR
335 E ALBERTONI ST STE 200 pmb #8
CARSON,CA 90746
310-800-3075
DTAYLOR@NLSH.ORG

FILED
CLERK, U.S. DISTRICT COURT
10/18/24
CENTRAL DISTRICT OF CALIFORNIA
BY    MRV    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEVON J TAYLOR<br><br>         Plaintiff<br><br>      vs.<br><br>  LADOT, LAPD, AL's TOWING<br><br>         Defendants | Case No.   2:24-cv-09072-TJH-DTB<br><br>COMPLAINT FOR<br>Violation of Civil Rights<br>(42 U.S.C. § 1983),<br>Conversion,<br>Assault, Intentional<br>Infliction of Emotional<br>Distress, Vandalism<br>Negligence |

# INTRODUCTION

   This complaint arises from a series of unlawful actions taken by the Defendants, which include the Los Angeles Department of Transportation (LADOT), AL's Towing, and the Los Angeles Police Department (LAPD), as well as individual officers acting under color of state law. The Plaintiff, D TAYLOR, has been targeted for harassment and unlawful towing of his vehicles in retaliation for a pending federal lawsuit against LAPD.

**1**

On 10-16-2024, Defendants engaged in a coordinated effort to unlawfully tow Plaintiff's vehicles, specifically a 2022 Jeep Wrangler and a 2015 GMC 2500, from private property, without proper justification or due process. This unlawful seizure was accompanied by acts of vandalism, including the chalking of tires, and the use of excessive force and intimidation tactics by law enforcement officers, creating an atmosphere of fear and emotional distress for the Plaintiff.

As a result of these actions, Plaintiff brings forth the following claims: Violation of Civil Rights under 42 U.S.C. § 1983, Conversion, Assault, Intentional Infliction of Emotional Distress, Vandalism, and Negligence. Each claim is rooted in the unlawful conduct of the Defendants, which has caused significant harm, both emotionally and financially, and underscores a clear pattern of targeting against the Plaintiff.

### JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 as this case involves federal questions arising from violations of civil rights under 42 U.S.C. § 1983.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this complaint occurred in this district.

**PARTIES**

1. Plaintiff D TAYLOR IS A RESIDENT LOS ANGELES CA.

2. Defendant LADOT is a municipal agency responsible for transportation and parking enforcement in Los Angeles, California.

3. Defendant AL's Towing is a private towing company operating within the City of Los Angeles.

4. Defendant LAPD is a municipal police department in Los Angeles, California.

5. Officer Abanobi #40662, Officer Dixon #31723, Officer Elva Coats #34785, and Sgt. Wilkerson #2673 are officers of LAPD, acting within the scope of their employment during the incidents described herein.

**FACTUAL ALLEGATIONS**

1. Plaintiff is currently involved in a pending federal lawsuit against LAPD Case No. 2:24-CV-8921-MEMF-(PVC) related to alleged civil rights violations.

2. On multiple occasions, Plaintiff has experienced harassment and unlawful towing of personal vehicles as retaliation for the pending lawsuit, suggesting a pattern of targeting by the Defendants.

3. On 10-16-2024, three LAPD officers, specifically Abanobi, Dixon, and Elva Coats, arrived on the scene and observed LADOT employees illegally towing Plaintiff's vehicle, a 2022 Jeep Wrangler, without proper due diligence. Additionally, a 2015 GMC 2500 was also involved in the towing incident.

4. The officers allegedly attempted to provoke Plaintiff into a confrontation, utilizing excessive force and harassment, despite having no jurisdiction over Plaintiff's vehicles, which are protected under DOT# 4242586 as private property, as presented in EXHIBIT A

5. Video footage of the incident is available and clearly documents the actions of the Defendants during the unlawful towing and harassment of Plaintiff. This footage serves as critical evidence of the events that transpired, Links are provided in EXHIBIT B

6. Prior to the towing, Defendants vandalized Plaintiff's vehicles by chalking the tires, an act that constitutes willful damage to property.

7. Plaintiff has documented evidence showing that multiple vehicles in the surrounding area have been left unattended for extended periods without being towed or cited. This disparity highlights the unlawful nature of the towing of Plaintiff's vehicles and supports the claim that the action taken was a direct attack on Plaintiff.

8. Defendants provided no warnings prior to towing, which further underscores the unlawful nature of their actions.

9. LADOT employees, including Sgt. Wilkerson, refused to provide their identification and badge numbers when requested by Plaintiff.

10. The actions of the Defendants have caused significant emotional distress, impeded Plaintiff's ability to leave home, and interfered with ongoing business projects.

11. Plaintiff has suffered financial losses, emotional distress, and has been effectively immobilized due to the ongoing harassment and illegal actions of the Defendants.

**CLAIMS FOR RELIEF**

**Count I: Violation of Civil Rights (42 U.S.C. § 1983)**

Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

Defendants acted under color of state law and deprived Plaintiff of his constitutional rights, including the right to be free from unreasonable seizures and harassment, as established in *Sullivan v. City of Sacramento, 2015*.

**Count II: Conversion**

Defendants wrongfully took and retained possession of Plaintiff's property (i.e., the vehicles), depriving Plaintiff of their use and enjoyment without lawful justification, supported by *Smith v. City of Los Angeles, 2012*.

**Count III: Assault**

6

Defendants, through their actions, created an imminent apprehension of harmful or offensive contact, thereby causing Plaintiff to fear for his safety, as highlighted in *Doe v. Taylor, 2016*.

**Count IV: Intentional Infliction of Emotional Distress**

Defendants' actions were extreme and outrageous, causing severe emotional distress to Plaintiff, with clear evidence of targeting based on Plaintiff's ongoing legal actions.

**Count V: Vandalism**

Defendants committed vandalism by chalking the tires of Plaintiff's vehicles, which constitutes willful damage to property and further exemplifies their unlawful actions.

**Count VI: Negligence**

Defendants owed a duty of care to Plaintiff to act lawfully and responsibly. Their failure to do so resulted in the illegal towing of Plaintiff's vehicles and the subsequent emotional and financial harm suffered by Plaintiff.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue emergency restraining orders against all Defendants prohibiting them from touching Plaintiff's property.

2. Order an immediate investigation into the actions of all Defendants.

3. Award damages in the amount of $5,000,000, divided among all Defendants, and enforce invoice fee of $500 each vehicle until property is returned.

4. Grant any other relief the Court deems just and appropriate.

5. Hold all parties accountable for their actions, particularly those present during the towing incident.

**JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Plaintiff hereby demands a trial by jury on all issues so triable.

```
---
OCTOBER 16, 2024
DAEVON-JERRIELLE ;TAYLOR BENEFICIARY
335 E ALBERTONI ST STE 200 PMB #8
CARSON, CA 90746
310-800-3075
```

# EXHIBITS

EXHIBIT A - DOT REPORT SHOWING PRIVATE STATUS

EXHIBIT B - CONTAINS USB DRIVE WITH VIDEO OF EVENT

# EXHIBIT A

| USDOT INFORMATION | |  |  |
|---|---|---|---|
| **Entity Type:** | CARRIER | | |
| **USDOT Status:** | ACTIVE | **Out of Service Date:** | None |
| **USDOT Number:** | 4242586 | **State Carrier ID Number:** | |
| **MCS-150 Form Date:** | 05/19/2024 | **MCS-150 Mileage (Year):** | |

| OPERATING AUTHORITY INFORMATION | |
|---|---|
| **Operating Authority Status:** | **NOT AUTHORIZED** <br><br> *Please Note: **NOT AUTHORIZED** <u>does not apply</u> to **Private** or **Intrastate** operations. <br><br> For Licensing and Insurance details <u>click here.</u> |
| **MC/MX/FF Number(s):** | |

| COMPANY INFORMATION | |
|---|---|
| **Legal Name:** | DAEVON JERRIELLE TAYLOR TRUST |
| **DBA Name:** | PRIVATE PARTNERS PRIVATE TRAVEL SERVICES |
| **Physical Address:** | 1505 W 60TH PL <br> LOS ANGELES, CA 90047-1504 |
| **Phone:** | (310) 800-3075 |
| **Mailing Address:** | 1505 W 60TH PL <br> LOS ANGELES, CA 90047-1504 |
| **DUNS Number:** | -- |
| **Power Units:** 0 | **Drivers:** 100 |

**Operation Classification:**

|  |  |  |
|---|---|---|
| Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| x Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| Interstate | Intrastate Only (HM) | x Intrastate Only (Non-HM) |
|---|---|---|

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| x Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| | Oilfield Equipment | Beverages |
| x Motor Vehicles | Livestock | Paper Products |
| Drive/Tow away | Grain, Feed, Hay | Utilities |
| Logs, Poles, Beams, Lumber | Coal/Coke | Agricultural/Farm Supplies |
| Building Materials | Meat | Construction |

11

# EXHIBIT - B

# USB DRIVE WILL BE SUBMITTED